357

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Ann SCOTT, Widow, Appellee.

Court of Appeals of Kentucky.

June 15, 1973.

Appeal from Floyd Circuit Court; Hollie Conley, Judge.

James D. Robinson, General Counsel, Department of Highways, Frankfort, George Chad Perry, III, Perry & Greene, Paintsville, for appellant.

Clifford B. Latta, Prestonsburg, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Chester LAYNE et al., Appellees.

Court of Appeals of Kentucky.

June 15, 1973.

Appeal from Floyd Circuit Court; Hollie Conley, Judge.

Jim D. Robinson, General Counsel, Department of Highways, Frankfort, George Chad Perry, III, Perry & Greene, Paintsville, for appellant.

Clifford B. Latta, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Cecil HALL et al., Appellees.

Court of Appeals of Kentucky.

June 15, 1973.

Appeal from Floyd Circuit Court; Hollie Conley, Judge.

Jim D. Robinson, General Counsel, Department of Highways, Frankfort, Robert J. Greene, Perry & Greene, Paintsville, for appellant.

Clifford B. Latta, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Ray CAMPBELL et al., Appellees.

Court of Appeals of Kentucky.

June 15, 1973.

Appeal from Floyd Circuit Court; Hollie Conley, Judge.

James D. Robinson, General Counsel, Department of Highways, Frankfort, Stephen N. Frazier, Rice & Frazier, Paintsville, for appellant.

Clifford B. Latta, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

* Opinion ordered not to be published.